# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

VINCENT A. MATRACIA

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-00182

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 13, 2015, in Johnson County, in the Southern District of Indiana defendant did,

Unlawful Possession of a Firearm by a Convicted Felon

in violation of Title 18, United States Code, Sections 922(g)(1). I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_____
Brian Taylor, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me, and subscribed in my presence

March 17, 2016          at    Indianapolis, Indiana
**Date**

Debra McVicker Lynch, U.S. Magistrate Judge          _____
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**

## Affidavit

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Department of Justice ("ATF"), and have been so employed for over two years.

2. I am a sworn Federal Agent empowered under the laws of the United States to investigate violations of Federal firearms laws pertaining to the Gun Control Act of 1968.

3. I am conducting an investigation regarding the possession of a firearm by Vincent A. Matracia, a convicted felon. Based on my investigation, I have probable cause to believe that Vincent A. Matracia has violated Title 18, United States Code, Section 922(g)(1) - Unlawful Possession of a Firearm by a Convicted Felon.

4. My probable cause is based on information set forth in the following paragraphs, which is either known personally to me or has been related to me by individuals listed below.

5. On December 13, 2015, deputies from the Johnson County Sheriff's Office were dispatched to the area of 752 San Ricardo Dr., Greenwood, IN. The homeowner, Sandra Johnson stated a white male wearing a black hoodie had kicked in a service door to the garage. Ms. Johnson said that the white male took off running after being confronted by the homeowner. While in the area Deputy Mattison heard a gunshot. After a search of the area Deputy Mattison discovered a white male wearing a black hoodie at the front of the home located at 627 San Carlos Drive, Greenwood, IN. The male was identified as Vincent A. Matracia. Matracia was read his *Miranda* rights by Deputy Mattison and agreed to speak with law enforcement. Matracia admitted he had stolen items from various locations and showed deputies where the items were hidden at his girlfriend's house located at 627 San Carlos Drive.

6. One of the items recovered by law enforcement officers was a Glock, .40 caliber semiautomatic handgun, Model 23, S/N VT334, loaded with nine (9) rounds of ammunition with a brown holster located behind the residence.

7. On the same morning in the proximity of the burglaries, was a theft from a Ford F150 truck located at 404 Tara Circle, Greenwood, IN. Brad Munn reported to Deputy Mike Purtlebaugh that sometime between 9:30pm the previous evening and 11:00am on the 12/13/2015, someone entered his 2015 Ford F150 truck and took his handgun. Munn stated the handgun was a Glock 23 (a .40 caliber semiautomatic handgun). Matracia admitted to law enforcement officers that he stole a gun from an F150 parked at 404 Tara Circle.

8. On December 13, 2015, law enforcement officers conducted an interview with Matracia, which was videotaped. Matracia was informed of his *Miranda* rights and agreed to speak with the officers. Matracia stated that on the morning of December 13, 2015, he had broken into several homes and car in the neighborhood. Matracia indicated one of the items he stole was a semi-automatic handgun that was in the glove box of a silver pick-up truck. Matracia stated he took all the items back to his girlfriend's house and that at one point he became angry and fired a shot into the air with the stolen black handgun.

9. Your Affiant has reviewed records from the Indiana Department of Corrections indicating that Vincent Matracia was convicted of the following felony offenses: Operating a Vehicle w/Intoxicated Endangering Person (Cause number: 49F18-1303-FD-018693), Failure to Return Lawful Det/Escape (Cause number: 49F18-1310-FD-069090), Possession of Cocaine or a Narcotic Drug (Cause number: 49G14-1304-FD-023058), Possession of a Controlled Substance (Cause number: 49G14-0906-FD-060224),

Possession of Cocaine or a Narcotic Drug (Cause number: 49G14-0908-FD-076157), and Possession of Cocaine or a Narcotic Drug (Cause number: 49G14-0912-FD-100286).

10. Your affiant further knows from his training and experience that the above listed firearm was manufactured outside the State of Indiana, and by virtue of its presence in the State of Indiana would have had to travel in interstate or foreign commerce.

Based on the foregoing, there is probable cause to believe that Vincent Matracia has violated Title 18, United States Code, Section 922(g)(1).

Brian Taylor, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn before me this 17 day of March, 2016.

Hon. Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana